**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
***Filed Electronically***

| | | |
|---|---|---|
| DEIDRA DUNN, | ) | **Case No. 3:17-CV-67-GNS** |
| | ) | |
| Plaintiff, | ) | **NOTICE OF SETTLEMENT** |
| v. | ) | |
| | ) | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Please take notice that Plaintiff Deidra Dunn has resolved her dispute with Defendant Portfolio Recovery Associates, LLC.  Plaintiff and Defendant anticipate filing a Motion for Entry of an Agreed Order of Dismissal with Prejudice within the next thirty to forty-five days.

Respectfully submitted this 24th day of February, 2017.

/s/R. Brooks Herrick
Joseph N. Tucker, Esq.
R. Brooks Herrick, Esq.
DINSMORE & SHOHL LLP
101 South Fifth Street
Suite 2500
Louisville, Kentucky  40202
502-540-2360 – phone (direct)
502-585-2207 - fax
joseph.tucker@dinsmore.com
brooks.herrick@dinsmore.com
*Counsel for Defendant,*
*Portfolio Recovery Associates, LLC*

## <u>CERTIFICATE OF SERVICE</u>

It is hereby certified that a copy of the foregoing was served on all counsel of record in this matter via the CM/ECF system this 24th day of February, 2017.

/s/   R. Brooks Herrick
*Counsel for Defendant,*
*Portfolio Recovery Associates, LLC*

11081999v1