# UNITED STATES DISTRICT COURT
for the
**Western District of Kentucky**
**Louisville Division**

| | | | |
|---|---|---|---|
| Deidra Dunn | ) | | |
| *Plaintiff* | ) | | |
| | ) | | |
| v. | ) | Case No. | 3:17-cv-00067-GNS |
| | ) | | |
| Portfolio Recovery Associates, LLC | ) | | |
| *Defendant* | ) | | |
| | ) | | |

**ORDER DISMISSING WITH PREJUDICE AS TO DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC**

Plaintiff Deidra Dunn and Defendant Portfolio Recovery Associates, LLC, having jointly stipulated that this case be dismissed with prejudice as to all claims against Defendant Portfolio Recovery Associates, LLC as evidenced by the signatures of counsel for the parties, and the court being sufficiently advised:

**IT IS THEREFORE ORDERED** that Plaintiff Deidra Dunn's claims against Defendant Portfolio Recovery Associates, LLC in this action are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs, expenses, and fees pursuant to the terms of the parties' settlement agreement.

**Greg N. Stivers, Judge**
**United States District Court**

April 13, 2017